UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 4:22-cr-402-3 |
| (3) CHRISTIAN AQUINO, | § § § § | |
| Defendant. | § § § | |

## MOTION TO DISMISS

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America files this Motion to Dismiss Counts 1, 5, 6, 7, and 10 of the Superseding Indictment as related to Defendant #3, Christian Aquino.

Respectfully submitted,
ALAMDAR S. HAMDANI
United States Attorney

By:    */s Kathryn Olson*
Kathryn Olson
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

On January 31, 2024 I electronically filed the foregoing and a copy was served electronically by the Court's CM/ECF System on all counsel of record.

*/s/ Kathryn Olson*
Special Assistant United States Attorney